1  LAW OFFICES OF LESLIE G. MCMURRAY
   Leslie G. McMurray, S.B. No. 156263
2  Magnolia Professional Building
   12520 Magnolia Blvd., Suite 206
3  Valley Village, California 91607
   Telephone: (818) 505-9902
4  Facsimile: (818) 595-1366

JS - 6

5  Attorneys for Petitioner and Defendant
   UNION PACIFIC RAILROAD COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, ) | CASE : 08 CV 03212 ODW (AJWx) |
| Plaintiff, ) | |
| ) | [HON. JUDGE OTIS D. WRIGHT, II) |
| vs. ) | |
| ) | **JUDGMENT** |
| UNION PACIFIC RAILROAD ) | |
| COMPANY; and DOES 1 through 20, ) | |
| inclusive ) | |
| Defendants. ) | |
| _____ ) | |

The Motion for Summary Judgment or Alternatively For Partial Summary Judgment filed by Defendant Union Pacific Railroad Company in the above referenced case was calendared for hearing on December 1, 2008 before the Honorable Judge Otis Wright, III. The moving and opposing papers having been fully briefed and the arguments and evidence of moving and responding party duly considered, and a decision having been duly rendered,

1 | IT IS ORDERED AND ADJUDGED that the plaintiff Federal Insurance Company take nothing, that the action be dismissed on the merits and that defendant Union Pacific Railroad Company recover its costs.

IT IS SO ORDERED.

Dated: January 7, 2009        By: _____
                              The Honorable Otis D. Wright, III
                              UNITED STATES DISTRICT COURT
                              Central District of California